1

2                          UNITED STATES DISTRICT COURT

3                          EASTERN DISTRICT OF CALIFORNIA

4
    UNITED STATES OF AMERICA for the use and          Case No. 1:14-cv-1157----BAM
5   benefit of: WORLD BRIDGE TECHNOLOGIES,
    INC., a California Corporation                     **ORDER AFTER SETTLMENT**
6
                   Use-Plaintiff,
7          v.

8   HUGE ALONSO, INC., a California Corporation;
    HUDSON INSURANCE COMPANY, a Delaware
9   Corporation, SURETEC INDEMNITY
    COMPANY, a  California Corporation;
10  DEVELOPERS SURETY AND INDEMNITY
    COMPANY, an Iowa Corporation; DOES 1
11  through 40, inclusive.

12                 Defendants.

13  _____/

14         Plaintiff has filed a Notice of Settlement indicating that settlement has been reached with

15  Defendants Hugo Alonso, Inc. and Hudson Insurance Company.  Doc. 20).  Pursuant to this Court's

16  Local Rule 160, this Court **ORDERS** the parties, no later than **October 13, 2014**, to file appropriate

17  papers to dismiss Defendants Hugo Alonso, Inc. and Hudson Insurance Company from this action.

18  Fed. R. Civ. P. 41(a)(1)(A).

19         The Status Conference currently set for 9/24/14 is **CONTINUED** to **October 23, 2014 at 9:00**

20  **am** in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.

21         Failure to comply with this order may be grounds for the imposition of sanctions on counsel or

22  parties who contributed to violation of this order.  See Local Rule 160 and Local Rule 272.

23

24  IT IS SO ORDERED.

25
       Dated:    **September 22, 2014**          /s/ *Barbara A. McAuliffe*          _
26                                               UNITED STATES MAGISTRATE JUDGE

27

28

                                              1